```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>RAFAELA FUENTES VEGA<br><br>DEBTOR (S) | CASE NO. 18-04494-BKT<br><br>CHAPTER 13 |

```
                          NOTICE OF CONTINUANCE OF
                          341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

    The section 341 meeting of creditors scheduled for Thu Sep 13, 2018 at 8:00 am has been continued to Tue Oct 16, 2018 at 3:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

    In San Juan, Puerto Rico this, Tuesday, September 25, 2018.

    I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

```
                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535
```

18-04494-BKT                         CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | RAFAELA FUENTES VEGA<br>VILLA DEL REY 3<br>C47 CALLE DALMACIA<br>CAGUAS, PR 00725 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | BANCO SANTANDER DE PR<br>PO BOX 326589<br>SAN JUAN,, PR 00936-2589 |
| COOP A/C DEL VALENCIANO<br>C/O LUIS FRED SALGADO ESQ<br>PMB 15<br>267 CALLE SIERRA MORENA | COOP A/C DEL VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR 00777-1510 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | EMPRESAS BERRIOS<br>PO BOX 674<br>CIDRA,, PR 00739-0674 |
| FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| FIRST BANK PUERTO RICO<br>C/O PATRICIA I VARELA HARRISON<br>MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938 | FIRSTBANK PUERTO RICO<br>PO BOX 9146<br>SAN JUAN,, PR 00908-0146 |
| POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | POPULAR AUTO<br>C/O EDGAR A VEGA RIVERA<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| SEARS/CBNA<br>PO BOX 6189<br>SIOUX FALLS,, SD 57117-6189 | SEARS/CBNA<br>PO BOX 6283<br>SIOUX FALLS,, SD 57117-6283 |
| SYNCB/WALMART DC<br>PO BOX 965024<br>ORLANDO,, FL 32896-5024 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS,, SD 57117-6497 |

DATED: September 25, 2018                    CAROLINE MARTINEZ
                                             OFFICE OF THE CHAPTER 13 TRUSTEE