# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **RAFAELA FUENTE VEGA**
SSN xxx-xx-3830

Debtor(s)

CASE NO: **18-04494-BKT**

**Chapter 13**

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$457.00**    Outstanding (Through the Plan): **$2,543.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

Debtor's/s' Commitment Period: ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

Liquidation Value: **$0.00**   Estimated Priority Debt: **$0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Nov 06, 2018  (Dkt  23)**    Plan Base: **$20,016.00**

The Trustee:   ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 100 %

*OTHER COMMENTS / OBJECTIONS

NONE.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: November 14, 2018

/s/ Nannette Godreau, Esq.

Last Docket Verified: 24    Last Claim Verified: 7    CMC: